**FILED**

August 31, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )      Case No. 2:06-mj-232 KJM
            Plaintiff,              )
                                    )
v.                                  )      ORDER FOR          RELEASE
                                    )      OF PERSON IN CUSTODY
Ky Chan Hau,                        )
                                    )      06- CR- 0356  FCD
                                    )
            Defendant.              )      MAINTAIN ON PAPER

TO:    UNITED STATES MARSHAL:

        This is to authorize and direct you to release Ky Chan Hau  Case 2:06-mj-325 KJM  from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

                    ___   Release on Personal Recognizance

                    ___   Bail Posted in the Sum of _____

                    _X_   $275,000 Secured Appearance Bond secured by real property

                    ___   Appearance Bond with 10% Deposit

                    ___   Appearance Bond secured by Real Property

                    ___   Corporate Surety Bail Bond

                    _X_   (Other) PTS conditions/release

        Issued at Sacramento, CA  on 8/31/06 _____ at  4 · 20 p. m.

                                                    By _____

                                                        Dale A. Drozd
                                                        United States Magistrate Judge

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ California

UNITED STATES OF AMERICA

V.

KY CHAN HAU; SAM WANG CHAO, aka Saan
Wang Sachao and KIENG PHAT LIENT

Defendant

## APPEARANCE BOND

Case Number:   2:06-MJ-0232-KJM

☐ Non-surety: I, the undersigned defendant acknowledge that I and my . . .

☒ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . . personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ _____ , and there has been deposited in the Registry of the Court the sum of

$   275,000.00   in cash or   secured by real property located at 3445 N. Ellendale Ave, Fresno (describe other security.) CA 93722

The conditions of this bond are that the defendant _____ KY CHAN HAU _____
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   August 30, 2006   at   Sacramento, California
                          Date                         Place

Defendant   KY CHAN HAU   _____ Address   9260 Trout Way, Elk Grove, CA 95624

Surety   ANDREW C. HAU   _____ Address   3445 N. Ellendale Ave., Fresno, CA 93722

Surety _____ Address _____

Signed and acknowledged before me _____
                                      Date

_____
Judge/Clerk

Approved _____

RECORDING REQUESTED BY
Jerry L. Chong, Attorney at Law
AND WHEN RECORDED MAIL TO
Clerk, Eastern District of California
NAME United States District Court
ADDRESS 501 "I" Street, 4th Floor
CITY & Sacramento, CA 95814
STATE

Title Order No._____Escrow No._____

FRESNO County Recorder
Robert C. Werner
DOC- 2006-0184157
Thursday, AUG 31, 2006 09:27:59
Ttl Pd   $12.00      Nbr-0002281622
                            RGR/R4/1-2

**SPACE ABOVE THIS LINE FOR RECORDER'S USE**

## DEED OF TRUST

This DEED OF TRUST, made 30th day of August, 2006 , between

ANDREW C. HAU , herein called TRUSTOR,

whose address is 3445 N. Ellendale Avenue, Fresno, CA 93722

(Number and Street)     (City)     (State)     (Zip Code)

CHICAGO TITLE COMPANY, a California Corporation, herein called TRUSTEE, and

Clerk, Eastern District of California, United States District Court , herein called BENEFICIARY,

Trustor irrevocably grants, transfers and assigns to Trustee in Trust, with Power of Sale that property in

City of Fresno County of Fresno , California, described as:

LOT 43 OF TRACT NO. 4385, MONTE VISTA NO. 34, AS PER MAP RECORDED IN BOOK 55, PAGES 77 AND 78 OF PLATS, FRESNO COUNTY RECORDS.
SUBJECT TO: Covenants, Conditions and Restrictions in the Declaration of Restrictions recorded June 15, 1993 as Document No. 93089500 and incorporated herein by reference as though is fully set forth herein.   ONE APPEARANCE BOND IN U.S. v. KY CHAN HAU
APN 311-781-09                                                                                          2:06-MJ-0232-KJM

Together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

For the Purpose of Securing (1) payment of the sum of $ 275,000 with interest thereon according to the terms of a promissory note or notes of even date herewith made by Trustor, payable to order of Beneficiary, and extensions or renewals thereof; (2) the performance of each agreement of Trustor incorporated by reference or contained herein or reciting it is so secured; (3) Payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|--------|------|------|--------|------|------|--------|------|------|--------|------|------|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 Book 1964, Page 149774 | | | | | |

T 365 Legal (12-93) Page 1 of 4

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties, and printed on the reverse side hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

▬▬▬▬ The foregoing assignment of rents is absolute unless initialed here, in which case, the assignment serves as additional security.

The undersigned Trustor, requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address hereinbefore set forth.

STATE OF CALIFORNIA
COUNTY OF _Sacramento_ } S.S.

On _August 30 2006_ before me,
_Phyllis M. Macomber Notary Public_
a Notary Public in and for said County and State, personally appeared

_Andrew Hau_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature _Phyllis M Macomber_

Signature of Trustor

_ANDREW     HAU_

PHYLLIS M. MACOMBER
COMM. # 1518942
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
COMM. EXP. OCT. 10, 2008

(This area for official notorial seal)

STATE OF CALIFORNIA
COUNTY OF FRESNO

THIS IS TO CERTIFY
THAT THIS IS A TRUE
COPY OF THIS DOCUMENT
FILED OR RECORDED
IN THIS OFFICE

DATED AUG 3 1 2006

ROBERT C. WERNER
COUNTY RECORDER

BY _R Rodriguez_
DEPUTY




# CHICAGO TITLE COMPANY

ORDER NUMBER:       43602522
ESCROW NUMBER:                -001 XXX
CUSTOMER NUMBER:  0340300    -001

ORIGINAL INVOICE DATE:  08/30/06
INVOICE AS OF:  08/30/06
DEPARTMENT:  00076

ALICE WONG -ATTY
901 H STREET STE#210
SACRAMENTO, CALIFORNIA 93814

ATTN: ALICE WONG

Buyer:   HAU, ANDREW C.
Property:
3445 NORTH ELLENDALE AVENUE
FRESNO   CA

YOUR REFERENCE:        HAU, ANDREW

POLICY(S) APPLIED FOR:

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| PRT  | PIRT POLICY | 100.00 |
|      | BALANCE DUE: | $100.00 |

Paid

Please return a copy of this invoice with your payment to:

Attn: PIRT Accounting
2510 S. East Ave. Suite 600
Fresno, CA  93706

Phone:  (559) 457-2373
Fax:     (559) 457-2385

INVOICE2 -- 06/05/95 AA

Attention:
ALICE WONG

Loan Ref:
HAU, ANDREW

**SCHEDULE A**

| DATE OF POLICY | | COUNTY | BORROWER | POLICY NO. |
|---|---|---|---|---|
| 08/23/06 | 7:30 AM | FRESNO | HAU, ANDREW C. | 43602522 - |

Amount of Insurance: Actual loss not to exceed      $200,000.00                    **Premium: $100.00**

NAME OF INSURED
CLERK OF THE COURT, EASTERN DISTRICT OF CALIFORNIA

The assurances referred to on the face page are:

A. The latest available equalized assessment roll in the office of the Assessor of said County discloses the following with the respect to the land referred to herein:

| STREET ADDRESS | | | |
|---|---|---|---|
| 3445 NORTH ELLENDALE AVENUE, FRESNO, CALIFORNIA 93722 | | | |
| TAX PARCEL NO. | | | ASSESSED VALUATION LAND |
| 311-781-03 | | | $35,751 |
| 1ST INSTALLMENT | STATUS | TAX YEAR | IMPROVEMENTS |
| $862.34 | PAID | 2005/2006 | $110,834 |
| 2ND INSTALLMENT | STATUS | TOTAL TAXES | EXEMPTION |
| $862.34 | PAID | $1,724.68 | $ NONE SHOWN |

B. The last document(s) in the chain of title to said land as disclosed by the Official Records of the Recorder of said County purporting to convey the fee title to said land:

CONVEYED TO
ANDREW C. HAU

C. Subject to any conflicts in boundary lines, or discrepancies that would be revealed by a correct survey, the land referred to in this policy is that land located in the County shown above, in the State of      CALIFORNIA      , and is described in the above referenced instrument as follows:

SEE ATTACHED DESCRIPTION

D. That an examination of the chain of title to said land as disclosed by such Official Records reveals no homestead executed by the party(ies) named in paragraph B above, nor mortgages or liens purporting to affect said land, other than those set out below under Exceptions; provided, however, that no liability is assumed with respect to the identity of any party named or referred to in this Schedule, nor with respect to the validity, legal effect or priority of any matter shown as an Exception.

EXCEPTIONS

1. DEED OF TRUST IN THE AMOUNT OF $88,000.00

   TRUSTOR:           KEITH CHAN HAU
   TRUSTEE:           GOLDEN WEST SAVINGS ASSOCATION SERVICE CO.
   BENEFICIARY:       WORLD SAVINGS BANK
   RECORDED:          MARCH 19, 1996 AS DOCUMENT NO. 96035476

2. DEED OF TRUST IN THE AMOUNT OF $25,000.00

   TRUSTOR:           KIETH CHAN HAU
   TRUSTEE:           COMMONWEALTH LAND TITLE
   BENEFICIARY:       AVONDALE FEDERAL SAVINGS BANK
   RECORDED:          OCTOBER 18, 1996 AS DOCUMENT NO. 96140209

   ASSIGNMENT OF BENEFICIAL INTEREST RECORDED MAY 3, 2002 AS DOCUMENT NO.
                      2002-0073395

   ASSIGNEE:          MB FINANCIAL BANK NATIONAL ASSOC.

* * * END OF REPORT * * *

AG

# DESCRIPTION

Order No. 43602522 -

LOT 43 OF TRACT NO. 4385, MONTE VISTA NO. 34, AS PER MAP RECORDED IN BOOK 55, PAGES 77 AND 78 OF PLATS, FRESNO COUNTY RECORDS.

# CHICAGO TITLE INSURANCE COMPANY

## POLICY OF INSURANCE OF RECORD TITLE

## CHICAGO TITLE INSURANCE COMPANY

SUBJECT TO THE CONDITIONS AND STIPULATIONS HEREOF, CHICAGO TITLE INSURANCE COMPANY, a Missouri corporation, herein called the Company, insures the insured, as of Date of Policy shown in Schedule A, against loss or damage, not exceeding the amount of insurance stated in Schedule A, sustained or incurred by said insured by reason of any incorrectness of the assurances set forth in Schedule A.

CHICAGO TITLE INSURANCE COMPANY

By:

RANDY QUIRK
President

Attest:

TODD JOHNSON
Secretary

POLICY OF INSURANCE OF RECORD TITLE (PIRT)

PU – 01/21/04 AA

# APPRAISAL REPORT OF

ANDREW HAU

3445 N. ELLENDALE AVE.

FRESNO, CA 93722

## AS OF

8-28-2006

## PREPARED FOR

ALICE W. WONG
ALICE W. WONG, ATT AT LAW
901 H ST. SUITE # 210
SACRAMENTO, CA. 95814

## PREPARED BY

SAL AIELLO, APPRAISER
RESIDENTIAL APPRAISAL
460 E. Swift Ave.
Fresno , CA 93704



# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | | |
|---|---|---|---|---|
| Property Address 3445 N. ELLENDALE AVE. | | City FRESNO | State CA | Zip Code 93722-7131 |

| | | | |
|---|---|---|---|
| Borrower ANDREW HAU | Owner of Public Record ANDREW HAU | County FRESNO | |

Legal Description LOT 43 MONTE VISTA NO 34

| | | | |
|---|---|---|---|
| Assessor's Parcel # 311-781-03 | | Tax Year 05-06 | R.E. Taxes $ 1,724.68 |
| Neighborhood Name N/A | Map Reference 1251-F7 | Census Tract 0038.03 | |
| Occupant [X] Owner [ ] Tenant [ ] Vacant Special Assessments $ N/A | | PUD HOA $ N/A | [ ] per year [ ] per month |

| | |
|---|---|
| Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe) N/A | |
| Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [ ] Other (describe) COURT PURPOSES | |

Lender/Client ALICE W. WONG, ATT AT LAW Address 901 H ST. SUITE # 210, SACRAMENTO, CA. 95814

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offerings price(s), and date(s). FRESNO MLS.

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. THIS IS AN APPRAISAL FOR COURT PURPOSES. THERE IS NO CONTRACT FOR SALE.

| | | | |
|---|---|---|---|
| Contract Price $ N/A | Date of Contract N/A | Is the property seller the owner of public record? [X] Yes [ ] No | Data Source(s) DEED |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No

If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE | AGE | One-Unit | 100 % | |
| Built-Up [ ] Over 75% [X] 25-75% [ ] Under 25% | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $ (000) | (yrs) | 2-4 Unit | % | |
| Growth [ ] Rapid [X] Stable [ ] Slow | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | 340 Low | | Multi-Family | % | |
| Neighborhood Boundaries NORTH TO ASHLAN AVE., SOUTH TO SHIELDS AVE., EAST | | | | | 410 High | 15 | Commercial | % | |
| TO CORNELIA AVE., WEST TO POLK AVE. | | | | | 375 Pred. | 10 | Other | % | |

Neighborhood Description THE SUBJECT PROPERTY IS IN CLOSE PROXIMITY TO SCHOOLS, TRANSPORTATION, SHOPPING AND EMPLOYMENT. THE NEIGHBORHOOD HAS AVERAGE APPEAL. NO UNFAVORABLE FACTORS WERE NOTED WHICH WOULD HAVE AN ADVERSE EFFECT ON MARKETABILITY.

Market Conditions (including support for the above conclusions) MARKETING TIME FOR THE SUBJECT AREA IS APPROXIMATELY 3-6 MONTHS WHEN APPROPRIATELY PRICED. FINANCING IS PREDOMINANTLY CONVENTIONAL. NO SALES CONCESSIONS NOTED IN THIS AREA.

| | | | | |
|---|---|---|---|---|
| Dimensions 60 X 120 | Area 7,200 | Shape RECTANGULAR | View TYPICAL | |

| | | |
|---|---|---|
| Specific Zoning Classification SS01000 | Zoning Description RES, SINGLE FAMILY RESIDENCE | |

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities Public Other (describe) | | Public Other (describe) | | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity [X] | | Water [X] | | Street ASPHALT | [X] | |
| Gas [X] | | Sanitary Sewer [X] | | Alley NONE | | |

| | |
|---|---|
| FEMA Special Flood Hazard Area [ ] Yes [X] No FEMA Flood Zone X | FEMA Map # 060048 1545F FEMA Map Date 07/19/2001 |

Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls CONCRETE/AVE | | Floors CARP-VIN-T/AVE | |
| # of Stories 2 | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls STUCCO/AVE | | Walls DRYWALL/AVE | |
| Type [X] Det [ ] Att. [ ] S-Det./End Unit | | Basement Area N/A sq. ft. | | Roof Surface COMP SH/AVE | | Trim/Finish WOOD/AVE | |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish N/A % | | Gutters & Downspouts NONE | | Bath Floor VINYL/AVE | |
| Design (Style) CONTEMP | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type DUAL/AVE | | Bath Wainscot CT/AVE | |
| Year Built 1995 | | Evidence of [ ] Infestation UNKN | | Storm Sash/Insulated VINYL/AVE | | Car Storage [ ] None | |
| Effective Age (Yrs) 5-11 | | [ ] Dampness [ ] Settlement | | Screens VINYL/AVE | | [X] Driveway # of Cars 2 | |
| Attic [X] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities [ ] Woodstove(s) # | | Driveway Surface CONCRETE | |
| [ ] Drop Stair [ ] Stairs | | [ ] Other [ ] Fuel GAS | | [X] Fireplace(s) # 1 [X] Fence W-MTL-B [X] Garage # of Cars 2 | | | |
| [ ] Floor [ ] Scuttle | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck COV [X] Porch COVERED | | Carport # of Cars | |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other NONE | | [ ] Pool NONE [ ] Other NONE | | [X] Att. [ ] Det. [ ] Built-In | |
| Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [X] Other (describe) FAN & HOOD | | | | | | | |

Finished area above grade contains: 7 Rooms 4 Bedrooms 2.50 Bath(s) 2,174 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) DUAL PANY WINDOWS. NO OTHER ENERGY EFFICIENT ITEMS WERE NOTED DURING THE INSPECTION.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). THERE WAS NO FUNCTIONAL OR EXTERNAL DEPRECIATION NOTED. PHYSICAL DEPRECIATION IS TYPICAL FOR THE AREA. THE SUBJECT IS IN AVERAGE CONDITION.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

| There are 5 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 324,950 to $ 429,500 | | | | |
| There are 4 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 340,000 to $ 410,000 | | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 3445 N. ELLENDALE AVE. FRESNO, CA 93722 | 3457 N. ELLENDALE AVE. FRESNO, CA 93722 | 5015 W. GARLAND AVE. FRESNO, CA 93722 | 5439 W. GRIFFITH WAY FRESNO, CA 93722 |
| Proximity to Subject | | 0.01 MILES | 0.32 MILES | 0.35 MILES |
| Sale Price | $ N/A | $ 353,500 | $ 375,000 | $ 385,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 163.96 sq. ft. | $ 175.40 sq. ft. | $ 179.57 sq. ft. |
| Data Source(s) | | ON-SITE | ON-SITE | ON-SITE |
| Verification Source(s) | | METROSCAN | METROSCAN | METROSCAN |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment |
| Sale or Financing | | CONVENTION | CONVENTION | CONVENTION |
| Concessions | | DOC # 85169 | DOC # 58487 | DOC # 137208 |
| Date of Sale/Time | | 4-21-2006 | 3-22-2006 | 6-30-2006 |
| Location | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE |
| Site | 7,200 | 7,800 | 6,600 | 7,437 |
| View | TYPICAL | TYPICAL | TYPICAL | TYPICAL |
| Design (Style) | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Quality of Construction | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Actual Age | 11 | 13 | 2 -2,000 | 4 -1,000 |
| Condition | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths |
| Room Count | 7 4 2.50 | 7 3 2.25 | 7 4 3.00 -1,000 | 7 5 3.25 -2,000 |
| Gross Living Area | 2,174 sq. ft. | 2,156 sq. ft. | 2,138 sq. ft. +1,500 | 2,144 sq. ft. +10,000 |
| Basement & Finished | NONE | NONE | NONE | NONE |
| Rooms Below Grade | NONE | NONE | NONE | NONE |
| Functional Utility | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Heating/Cooling | FAU/CAC | SIMILAR | SIMILAR | SIMILAR |
| Energy Efficient Items | NONE | NONE | NONE | NONE |
| Garage/Carport | 2-GARAGE | 3-GARAGE -2,000 | 3-GARAGE -2,000 | 2-GARAGE |
| Porch/Patio/Deck | COV PRCH&PAT | SIMILAR | SIMILAR | SIMILAR |
| FIREPLACE | 1-FPL | 1-FPL | 1-FPL | 2-FPL -1,000 |
| BUILT-INS | BUILT-INS | BUILT-INS | BUILT-INS | BUILT-INS |
| FENCE | FENCE | FENCE | FENCE | FENCE |
| Net Adjustment (Total) | | + [X] - $ -2,000 | + [X] . $ -3,500 | [X] + . $ 6,000 |
| Adjusted Sale Price of Comparables | | $ 351,500 | $ 371,500 | $ 391,000 |

1 [X] did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [X] did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) METROSCAN

My research ☐ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) METROSCAN

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 3-3-2006 | NONE | NONE | NONE |
| Price of Prior Sale/Transfer | QUIT CLAIM | N/A | N/A | N/A |
| Data Source(s) | METROSCAN | METROSCAN | METROSCAN | METROSCAN |
| Effective Date of Data Source(s) | 8-28-2006 | 8-28-2006 | 8-28-2006 | 8-28-2006 |

Analysis of prior sale or transfer history of the subject property and comparable sales ALL COMPS REPRESENT THE MOST RECENT SALES IN THE AREA. THE SUBJECT HAS BEEN TRANSFERRED IN THE PAST 36 MONTHS. IT HAS NOT BEEN LISTED IN THE PAST 12 MONTHS.

Summary of Sales Comparison Approach ALL COMPS ARE SIMILAR TO THE SUBJECT PROPERTY; COMP 1 IS MOST PROXIMAL AND WEIGHTED MOST HEAVILY. ADJUSTMENT FACTORS: AGE ($2,000 PER DECADE); BATHROOM COUNT ($2,000 PER FULL BATHROOM); GLA ($40 PER SQUARE FOOT); GARAGE COUNT ($2,000 PER CAR SPACE); FIREPLACE ($2,000). THERE WERE NO OTHER ADJUSTMENTS. ALL COMPS WERE FULL VALUE SALES.

Indicated Value by Sales Comparison Approach $ 355,000

Indicated Value by: Sales Comparison Approach $ 355,000 Cost Approach (if developed) $ 356,772 Income Approach (if developed) $

THE SALES COMPARISON APPROACH IS WEIGHTED MOST HEAVILY BECAUSE IT IS THE MOST ACCURATE METHOD OF DETERMINING TRENDS IN THIS MARKET AREA. INCOME APPROACH IS NOT APPLICABLE. COST-NEW IS ADDITIONAL SUPPORT.

This appraisal is made [X] "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: THE SUBJECT IS APPRAISED "AS IS". THIS IS A COMPLETE APPRAISAL; IT IS A SUMMARY REPORT.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 355,000 , as of 8-28-2006 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005

NO ADDITIONAL COMMENTS.

---

**COST APPROACH TO VALUE (not required by Fannie Mae.)**

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| ESTIMATED | REPRODUCTION OR | X REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | | =$ | 75,000 |
|---|---|---|---|---|---|---|---|---|
| Source of cost data | | | Dwelling | 2,174 | Sq. Ft. @ $ | 135 | =$ | 293,490 |
| Quality rating from cost service | Effective date of cost data | 8-28-2006 | | | Sq. Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | | | | | |
| LAND TO IMPROVEMENT RATIO IS TYPICAL FOR THE | | | Garage/Carport | 483 | Sq. Ft. @ $ | 20 | =$ | 9,660 |
| AREA. | | | Total Estimate of Cost-new | | | | =$ | 303,150 |
| | | | Less | Physical 12 | Functional | External | | |
| | | | Depreciation 36,378 | 0 | | 0 | =$ ( | 36,378 |
| | | | Depreciated Cost of Improvements | | | | =$ | 266,772 |
| | | | "As-is" Value of Site Improvements | | | | =$ | 15,000 |
| Estimated Remaining Economic Life (HUD and VA only) | 55-65 | Years | Indicated Value By Cost Approach | | | | =$ | 356,772 |

**INCOME APPROACH TO VALUE (not required by Fannie Mae.)**

| Estimated Monthly Market Rent $ | X Gross Multiplier | =$ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowner's Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes  No If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data source.

Are the units, common elements, and recreation facilities complete? ☐ Yes  No If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association? ☐ Yes  No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Sal Aiello | Name |
| Company Name SAL AIELLO, APPRAISER | Company Name |
| Company Address 460 E. Swift Ave. | Company Address |
| Fresno , CA 93704 | |
| Telephone Number 559-229-3673 | Telephone Number |
| Email Address SALAIELLOAPPRAISER@COMCAST.NET | Email Address |
| Date of Signature and Report 8-28-2006 | Date of Signature |
| Effective Date of Appraisal 8-28-2006 | State Certification # |
| State Certification # | or State License # |
| or State License # AL016644 | State |
| or Other (describe) State # | Expiration Date of Certification or License |
| State CA. | |
| Expiration Date of Certification or License 10-3-2008 | |

**SUBJECT PROPERTY**

ADDRESS OF PROPERTY APPRAISED
3445 N. ELLENDALE AVE.
FRESNO, CA 93722

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection

APPRAISED VALUE OF SUBJECT PROPERTY $ 355,000
LENDER/CLIENT
Name ALICE W. WONG
Company Name ALICE W. WONG, ATT AT LAW
Company Address 901 H ST. SUITE # 210
   SACRAMENTO, CA. 95814
Email Address AWONG@JCAWLAW.COM

☐ Did inspect interior and exterior of subject property
   Date of Inspection

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Borrower **ANDREW HAU**

| Property Address | 3445 N. ELLENDALE AVE. | | | | | | |
|---|---|---|---|---|---|---|---|
| City **FRESNO** | County | **FRESNO** | State | **CA** | Zip Code | **93722-7131** |
| Lender/Client | **ALICE W. WONG, ATT AT LAW** | Address | 901 H ST. SUITE # 210, SACRAMENTO, CA. 95814 | | | |

PURPOSE OF THE APPRAISAL:

THE PURPOSE OF THIS APPRAISAL IS TO ESTIMATE THE MARKET VALUE OF THE SUBJECT PROPERTY, AS IS, AS REAL PROPERTY, UNENCUMBERED BY LIENS.

USE OF THE APPRAISAL:

THE USE OF THIS REPORT IS TO ASSIST IN THE EVALUATION OF THE PROPERTY FOR COURT PURPOSES. THE COST APPROACH IN THIS APPRAISAL IS NOT INTENDED TO BE USED FOR INSURANCE PURPOSES. THE USE OF THIS APPRAISAL FOR ANY OTHER PURPOSE WITHOUT THE WRITTEN PERMISSION OF THE APPRAISER IS PROHIBITED. FOR A DETAILED DESCRIPTION OF THE SUBJECT PROPERTY, REFER TO THE PRELIMINARY TITLE REPORT.

CONDITION OF THE APPRAISAL:

THE APPRAISAL HAS BEEN COMPLETED IN COMPLIANCE WITH THE USPAP AND THE OCC MINIMAL APPRAISAL STANDARDS. NO WARRANTY OF THE APPRAISAL IS GIVEN OR IMPLIED. NO LIABILITY IS ASSUMED FOR THE STRUCTURAL OR MECHANICAL ELEMENTS OF THE PROPERTY.

SAL AIELLO, APPRAISER

File No.
Case No.

Borrower    ANDREW HAU
Property Address    3445 N. ELLENDALE AVE.
City  FRESNO    County    FRESNO    State    CA    Zip Code    93722-7131
Lender/Client    ALICE W. WONG, ATT AT LAW    Address    901 H ST. SUITE # 210, SACRAMENTO, CA. 95814



Borrower  ANDREW HAU
Property Address  3445 N. ELLENDALE AVE.
City  FRESNO          County  FRESNO     State     CA     Zip Code   93722-7131
Lender/Client   ALICE W. WONG, ATT AT LAW     Address   901 H ST. SUITE # 210, SACRAMENTO, CA. 95814



| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| A1 : 38.0 x 13.0 = | | 494.0 |
| A2 : 11.0 x 7.0 = | | 77.0 |
| A3 : 49.0 x 15.0 = | | 735.0 |
| A4 : 32.0 x 7.0 = | | 224.0 |
| A5 : 21.0 x 2.0 = | | 42.0 |
| Attached Garage | | -483.0 |
| First Floor | | 1089.0 |
| A7 : 27.0 x 18.0 = | | 486.0 |
| A8 : 38.0 x 13.0 = | | 494.0 |
| A9 : 33.0 x 2.0 = | | 66.0 |
| A10 : 27.0 x 1.0 = | | 27.0 |
| A11 : 12.0 x 1.0 = | | 12.0 |
| Second Floor | | 1085.0 |
| Total Living Area | | 2174.0 |
| A12 : 21.0 x 23.0 = | | 483.0 |
| Attached Garage | | 483.0 |
| Total Garage Area | | -483.0 |

Case 2:06-cr-00356-MCE   Document 25   Filed 08/31/06   Page 20 of 26



Monte Vista No. 34, Tract No. 4385, Plat Bk. 55, Pg. 77

Assessor's Map Bk. 311 - Pg. 78
County of Fresno, Calif.

NOTE - Assessor's Block Numbers Shown In Ellipses.
Assessor's Parcel Numbers Shown In Circles.

Borrower   **ANDREW HAU**
Property Address   **3445 N. ELLENDALE AVE.**
City **FRESNO**          County          **FRESNO**   State   **CA**   Zip Code   **93722-7131**
Lender/Client   **ALICE W. WONG, ATT AT LAW**   Address   **901 H ST. SUITE # 210, SACRAMENTO, CA. 95814**



SAL AIELLO, APPRAISER
**FLOOD MAP ADDENDUM**
File No.

Case No.

| | |
|---|---|
| Borrower | ANDREW HAU |
| Property Address | 3445 N. ELLENDALE AVE. |
| City FRESNO County | FRESNO State CA Zip Code 93722-7131 |
| Lender/Client ALICE W. WONG, ATT AT LAW | Address 901 H ST. SUITE # 210, SACRAMENTO, CA. 95814 |



**Flood Zones**

- Areas inundated by 500-year flooding
- Areas outside of the 100 and 500 year flood plains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazard
- Areas not mapped on any published FIRM

SFHA (Flood Zone): Out
Within 250 ft. of multiple flood zone? No
Community: 060048
Community Name: FRESNO, CITY OF
Zone: X    Panel: 060048 1545F    Panel Date: 07/19/2001
FIPS Code: 06019    Census Tract: 0038.03

This Flood Report is for the sole benifit of the Customer that ordered and paid for the Report and is based on the property information provided by the customer. That customer's use of this report is subject to the terms agreed by that customer when accessing this product. No third party is authorized to use or rely on this report for any purpose. NEITHER FIRST AMERICAN FLOOD DATA SERVICES NOR THE SELLER OF THIS REPORT MAKES ANY REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT ACCURACY OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Neither TFHC nor the seller of this Report shall have any liability to any third party for any use or misuse of this Report.

| Borrower | ANDREW HAU | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3445 N. ELLENDALE AVE. | | | | | | |
| City FRESNO | County | FRESNO | State | CA | Zip Code | 93722-7131 |
| Lender/Client | ALICE W. WONG, ATT AT LAW | Address | 901 H ST. SUITE # 210, SACRAMENTO, CA. 95814 | | | | |



**FRONT OF
SUBJECT PROPERTY**
3445 N. ELLENDALE AVE.
FRESNO, CA 93722



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

| Borrower | ANDREW HAU | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3445 N. ELLENDALE AVE. | | | | | | |
| City FRESNO | | County | FRESNO | State | CA | Zip Code | 93722-7131 |
| Lender/Client | ALICE W. WONG, ATT AT LAW | | Address | 901 H ST. SUITE # 210, SACRAMENTO, CA. 95814 | | | |



**COMPARABLE SALE #    1**
3457 N. ELLENDALE AVE.
FRESNO, CA 93722



**COMPARABLE SALE #    2**
5015 W. GARLAND AVE.
FRESNO, CA 93722



**COMPARABLE SALE #    3**
5439 W. GRIFFITH WAY
FRESNO, CA 93722



Business, Transportation & Housing Agency

**OFFICE OF REAL ESTATE APPRAISERS**

# REAL ESTATE APPRAISER LICENSE

OREA APPRAISER IDENTIFICATION NUMBER    AL016644

## SALVATORE J. AIELLO

has successfully met the requirements for licensing as a real estate appraiser in the State of California and is, therefore, entitled to use the title "Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OFFICE OF REAL ESTATE APPRAISERS

*Carol Henry L. Wargerverkel*

Date Issued:   October 4, 2006
Date Expires:  October 3, 2008

## WORLD SAVINGS
*How may we help you?*
Case 2:06-cr-00356-MCE  Document 25  Filed 08/31/06  Page 26 of 26
**LOAN STATEMENT**



| | |
|---|---|
| **Property Address:** | 3445 N ELLENDALE AVENUE<br>FRESNO        CA 93722-7131 |
| **Loan Number:** | 1046747 |
| **Payment Due Date:** | 09/01/06 |
| **Statement Date:** | 08/02/06 |

**Questions about your loan?**
For quick answers, call . . . . . . . . . . . . . . . . . . . 1-800-642-0257
8 a.m. – 8 p.m. Mon. – Fri., 8 a.m. – 5 p.m. Sat. Central Time
*(Please have your loan and Social Security numbers ready.)*

ANDREW C HAU
3445 N ELLENDALE AVE
FRESNO                    CA 93722-7131

# 1 PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
*CHOOSING YOUR PAYMENT OPTIONS on reverse side for explanations.*

| | |
|---|---|
| 1) Minimum Payment | 529.24 |
| 2) Scheduled Principal and Interest | 563.31 |

To check the status of your World loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . . . **www.worldsavings.com**

For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-800-914-8166

# 2 CURRENT PAYMENT EXPLANATION

| Payment Options | Option 1 | Option 2 |
|---|---|---|
| Interest Due | 408.63 | 408.63 |
| Deferred Interest† | | |
| Principal Paid | 120.61 | 154.68 |
| Escrow/Other | | |
| Total Past Due | | |
| **Total Payment** | **529.24** | **563.31** |

| Past Due Amount | Late Charges/<br>Fees Due | Total Past Due | Total Outstanding<br>Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| | | | | 6.590 |

† *See explanation of deferred interest on reverse side under CHOOSING YOUR PAYMENT OPTIONS.*

# 3 YEAR-TO-DATE INFORMATION

| Year-to-Date<br>Payments | Year-to-Date Escrow<br>Disbursements |
|---|---|
| Principal | Taxes |
| 1,159.22 | |
| Interest | Additional Assessments |
| 2,989.42 | |
| Late Charges/<br>Fees | Homeowner's<br>Insurance |
| 200.00 | |
| | Other |

# 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest<br>Rate | Escrow | Optional<br>Insurance | Late Charges/<br>Other Fees | Unapplied<br>Funds |
|---|---|---|---|---|---|---|---|---|---|
| 07/07 | BEGINNING BALANCE | | +74,567.64 | | | | | | |
| 07/27 | 08/01 MAIL PMT | 529.24 | -132.54 | 396.70 | 6.584 | | | | |
| 07/27 | PRINCIPAL PAYMENT | 25.09 | -25.09 | | | | | | |
| 08/02 | ENDING BALANCE | | +74,410.01 | | | | | | |

# 5 IMPORTANT MESSAGES

## www.worldsavings.com

If you're considering refinancing or purchasing a new home, call World first! We offer some of the most
competitively-priced FIXED AND ADJUSTABLE rate loan programs in America. Let us save you time, money and
paperwork. For more information, call us at 1-866-329-8143.