1  LAW OFFICES OF
2  **CHRISTOPHER H. WING**
   A PROFESSIONAL CORPORATION
3  1101 E STREET
   SACRAMENTO, CA 95814
4  441-4888
   State Bar #063214

5  ATTORNEYS FOR:   Defendant

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR. 06-0356 FCD |
| Plaintiff, | ORDER CONTINUING STATUS HEARING FROM OCTOBER 16, 2006 AT 9:30 AM TO NOVEMBER 20, 2006 AT 9:30 AM. EXCLUSION OF TIME |
| v. | |
| KY CHAN HAU, SAM WANG CHAO KIENG PHAT LIENG | "AS MODIFIED" |
| Defendants | |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties (separate document #34) filed on October 13, 2006 and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for October 16, 2006 at 9:30 am is vacated and the matter set for a Status Conference Hearing on, November 20, 2006 at 9:30 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days, and therefore the interests of justice

///

1

warrant a further exclusion of time until the hearing on November 20, 2006 and based upon that finding, the Court excludes time based upon that representation of the parties from October 16, 2006 pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be prepared, [Local Code T4], until the next appearance, on November 20, 2006 or by further order of this Court.

Dated:  October 16, 2006

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT COURT JUDGE

/ / /