LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAM WANG CHAO, et al.,<br>　　　　　Defendants. | No. CR. S 06-0356 FCD<br><br>ORDER CONTINUING STATUS HEARING FROM NOVEMBER 20, 2006 AT 10:00 AM TO JANUARY 8, 2007 AT 10:00 AM.<br>EXCLUSION OF TIME |

　　　　It is hereby stipulated by the defendants through their undersigned counsel, and the United States, through it's undersigned counsel, that the date now set for the initial Status Conference Hearing, November 20, 2006 at 9:30 am; be continued without appearance to January 8, 2007 at 9:30 am.

The parties stipulate that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv), to allow sufficient time for counsel to be prepared,to receive the new discovery that the government has recently acquired, to review the physical evidence seized during the search as well as to continue their investigation of the circumstances of the allegations found in the Indictment.

///

///

/ / /

1

The parties further stipulate and agree that the Court may make a finding that this is an appropriate exclusion of time within the meaning of Title 18 U.S.C. Section 3161(h)(8)(B)(iv), Local Code T4 and that the ends of justice to be served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: November 16, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ ROBERT M. TWISS ROBERT M. TWISS
Assistant U. S. Attorney

By: /S/CHRISTOPHER H. WING
CHRISTOPHER H. WING
Attorney for Defendant CHAO

By: /S/CLYDE M. BLACKMON
CLYDE M. BLACKMON
Attorney for Defendant LIENG

By: /S/JERRY L. CHONG
JERRY CHONG
Attorney for Defendnat HAU

///
///
///
///
///
///
///
///
/ / /

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.


## **ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefrom:

IT IS ORDERED THAT: the Status Conference Hearing now set for November 20, 2006 at 10:00 am is vacated and the matter set for a Status Conference Hearing on, January 8, 2007 at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days, and therefore the interests of justice warrant a further exclusion of time until the hearing on January 8, 2007 and based upon that finding, the Court excludes time based upon that representation of the parties from November 20, 2006 pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be prepared, [Local Code T4], until the next appearance, on January 8, 2007 or by further order of this Court.

Dated: November 17, 2006

///