1

LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION

2

1101 E STREET

3

SACRAMENTO, CA 95814
441-4888

4

State Bar #063214

5

ATTORNEY FOR:   Defendant

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA          No. CR. 06-0356 FCD

12                         Plaintiff,   ORDER CONTINUING STATUS
                                        HEARING; EXCLUSION OF TIME
13        v.

14                                      "AS MODIFIED"

15   KY CHAN HAU, SAM WANG
     CHAO, KIENG PHAT LIENG,
16                        Defendants.

17                              **ORDER**

18        This matter having come on before me pursuant to the stipulation of the parties

19   filed January 4, 2007, and good cause appearing therefore,

20        IT IS ORDERED THAT: the Status Conference Hearing now set for

21   January 8, 2007 at 10:00 am is vacated and the matter set for a Status Conference

22   Hearing on, February 20, 2007 at 10:00 am.

23        Further, the Court finds that the defendants' need for additional time to prepare

24   exceeds the public interest in a trial within 70 days, and therefore the interests of justice

25   warrant a further exclusion of time until the hearing on February 20, 2007 and based

26   upon that finding, the Court excludes time based upon that representation of the parties

27   from January 8, 2007 pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to

28

1

2   allow sufficient time for counsel to be prepared, [Local Code T4], until the next

3   appearance, on February 20, 2007 or by further order of this Court.

4   DATED: January 4, 2007

5

6

7   _____
    FRANK C. DAMRELL, JR.

8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

/ / /