LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CR. 06-0356 FCD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING FROM APRIL 2, 2007 AT 10:00 AM. TO APRIL 30, 2007 AT 10:00 AM. |
| SAM WANG CHAO | |
| Defendant, | EXCLUSION OF TIME |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for April 2, 2007 at 10:00 am is vacated and the matter set for a Status Conference Hearing on, April 30, 2007 at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days, and therefore the interests of justice warrant a further exclusion of time until the hearing on April 30, 2007 and based upon that finding, the Court excludes time based upon that representation of the parties from

///

1

April 2, 2007 pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be prepared, [Local Code T4], until the next appearance, on April 30, 2007 or by further order of this Court.

IT IS SO ORDERED.

DATED: March 30, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

///

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.