```
LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
   1101 E STREET
SACRAMENTO, CA 95814
     441-4888
 State Bar #063214
```

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. CR. 06-0356 FCD |
| KY CHAN HAU, KIENG PHAT LIENG, &SAM WANG CHAO | STIPULATION; BRIEFING SCHEDULE, AND ORDER - EXCLUSION OF TIME |
| | APRIL 30, 2007 |

The Defendants HAU, LIENG, and CHAO, will be filing a Motion Suppress the evidence that supports the charge in this Incidtment.

The Parties have agreed on the following briefing schedule:

The Defendants' Motion to Suppress will be filed by

June 4, 2007;

The Government's Response will be filed by June 25, 2007;

The Defendant's Reply, if any, will be filed by July 2, 2007;

The Non-Evidentiary hearing on the Motion will be held on

July 23, 2007 at 10:00 am.

The Parties request an exclusion of time from April 30, 2007 through June 4, 2007 pursuant to 18 USC §3161(h)(8)(B)(iv), local

///

1

1  Code T4, and from June 4, 2007 until the Court decides the motion,
2  pursuant to 18 USC §3161(h)(1)(F), local code: E

                McGREGOR W. SCOTT
                United States Attorney

                By: /S/MICHAEL M. BECKWITH
                     MICHAEL M. BECKWITH
                Assistant U. S. Attorney

                By: /S/CHRISTOPHER H. WING
                CHRISTOPHER H. WING
                Attorney for Defendant CHAO

                By: /S/CLYDE M. BLACKMON
                CLYDE M. BLACKMON
                Attorney for Defendant LIENG

                By: /S/JERRY L. CHONG
                JERRY CHONG
                Attorney for Defendnat HAU

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

**ORDER**

IT IS ORDERED THAT: the status conference set for April 30, 2007 is VACATED and the briefing schedule proposed by the parties is adopted as follows:

The Defendants' Motion to Suppress will be filed by June 4, 2007;

The Government's Response will be filed by June 25, 2007;

The Defendant's Reply, if any, will be filed by July 2, 2007;

The Non-Evidentiary hearing on the Motion will be held on July 23, 2007 at 10:00 am.

Further, the Court finds that time is excluded based upon the representation of the parties and such time will be excluded from April 30, 2007 to June 4, 2007 pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to complete the research required and to file the motion; [Local Code T4], and from June 4, 2007 until the next appearance, on July 16, 2007, pursuant to 18 U.S.C. §3161(h)(1)(F), [Local Code E] or by further order of this Court.

DATED: April 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

///

3