1

LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

2

3

4

5

ATTORNEYS FOR:   Defendant

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA            No. 2:06-cr-0356 FCD

12                            Plaintiff,
                                          ORDER CONTINUING HEARING
13       v.                               FROM JULY 23, 2007, AT 10:00 AM.
                                          TO AUGUST 20, 2007, AT 10:00 AM.
14                                        EXCLUSION OF TIME FROM JUNE 4
     SAM WANG CHAO et al.,                TO AUGUST 20, 2007
15                            Defendants.

16                                        **"AS MODIFIED"**

17

18                                **ORDER**

19          This matter having come on before me pursuant to the stipulation of the parties

20   filed on July 20, 2007 and good cause appearing therefore,

21          IT IS ORDERED THAT: the Hearing now set for July 23, 2007, is vacated and

22   the matter set for a status conference on, August 20, 2007, at 10:00 am.

23          Further, the Court finds that the defendants' need for additional time to prepare

24   exceeds the public interest in a trial within 70 days and, therefore, the interests of justice

25   warrant a further exclusion of time until the hearing on August 20, 2007.  Based upon

26   this finding and the representations of the parties, the Court excludes time from June 4,

27   2007, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4

28

                                          1

(time to allow sufficient time for counsel to prepare), until the next appearance on August 20, 2007, or by further order of this Court.

Finally, the Court also finds that the defendants' need for additional time to review the plea offers and to consider the prerequisites required to effectuate the proposed resolution also exceed the public interest in a trial within 70 days and, therefore, the interests of justice warrant an exclusion of the time from June 4, 2007, to August 20, 2007, which was hitherto excluded pursuant to pursuant to 18 U.S.C. § 3161(h)(1)(F), Local Code E (time allowed for the filing of pretrial motions).  The Court now finds that the time from June 4, 2007, to August 20, 2007, will be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4, to allow counsel and clients sufficient time to review the plea offers and take steps necessary to effectuate those offers.

DATED: July 20, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE