McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KY CHAN HAU,<br><br>    Defendant. | 2:06-cr-0356 FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Hon. Frank C. Damrell, Jr. |

The parties ask that the status conference currently set for August 13, 2007, be continued to September 17, 2007, and stipulate that the time beginning August 13, 2007, and extending through September 17, 2007, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel for both parties need more time to consider information that may be relevant to sentencing and to negotiate and prepare an appropriate disposition.  The parties stipulate

1

1  and agree that the interests of justice served by granting this
2  continuance outweigh the best interests of the public and the
3  defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:  August 6, 2007         By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


Dated:  August 6, 2006         By:/s/ Jerry L. Chong
                                    Jerry L. Chong
                                    Attorney for defendant

**ORDER**

The status conference in case number CR. S-06-356 FCD, currently set for August 13, 2007, is continued to September 17, 2007 at 10:00 a.m. and the time beginning August 13, 2007, and extending through September 17, 2007, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: August 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE