1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  FRED N. DAWSON (SBN 43306)
   JONATHAN C. TURNER (SBN 191540)
3  EMILY E. DORINGER (SBN 208727)
   813 Sixth Street. Suite 450
4  Sacramento, Ca  95814
   Telephone: (916) 441-0824
5
   Attorneys for Defendant
6  KIENG PHAT LIENG

7
            IN THE UNITED STATES DISTRICT COURT FOR THE
8
                  EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           Case No.: 2:06-CR-0356FCD
11
            Plaintiff,                 STIPULATION AND ORDER
12                                     CONTINUING JUDGMENT
        vs.                            AND SENTENCING
13
   KY CHAN HAU, SAM WANG CHAO, aka
14 Saan Wang Sachao, and KIENG PHAT    Date:  April 11, 2008
   LIENG,                              Time:  9:30 A.M.
15 ,                                   Judge: Frank C. Damrell, Jr.
16
            Defendants.
17

18
        IT IS HEREBY STIPULATED between the Defendant, Kieng Phat
19
   Lieng, through his counsel Clyde M. Blackmon, Ky Chan Hau,
20
   through his counsel Jerry Chong, and the United States of
21
   America, through its counsel Assistant United States Attorney
22
   Michael Beckwith, that the imposition of judgment and sentence
23
   in this matter be continued from April 11, 2008, to May 27,
24
   2008, at 9:30 a.m. before the Honorable Frank C. Damrell, Jr.
25
        A continuance of the imposition of judgment and sentence in
26
   this matter is necessary to develop information pertaining to
27

28

1  Mr. Lieng and Mr. Hau which will be relevant to the Court's
2  sentencing decisions as to each defendant.
3      Counsel for Mr. Lieng has informed United States Probation
4  Office Linda Alger of the necessity for a continuance of the
5  imposition of judgment and sentence in this matter, and she has
6  no objection to the continuance.
7  IT IS SO STIPULATED.

DATED:     April 10, 2008

    By: //s// Clyde M. Blackmon____
        Michael Beckwith
        Assistant U.S. Attorney

DATED:     April 10, 2008

    By: _//s// Clyde M. Blackmon___
        Clyde M. Blackmon
        Attorney for Defendant
        ZACHARY J. MEDINAS

DATED:     April 10, 2008

    By: _//s// Clyde M. Blackmon___
        Jerry Chong
        Attorney for Defendant
        KY CHAN HAU

    IT IS SO ORDERED.

DATED: April 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING