```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, Ca  95814
Telephone: (916) 441-0824

Attorneys for Defendant
KIENG PHAT LIENG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:06-CR-0356FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| KY CHAN HAU, SAM WANG CHAO, aka Saan Wang Sachao, and KIENG PHAT LIENG, | Date:  May 27, 2008<br>Time:  10:00 A.M.<br>Judge: Frank C. Damrell, Jr. |
| Defendants. | |

   IT IS HEREBY STIPULATED between the Defendant, Kieng Phat Lieng, through his counsel Clyde M. Blackmon, Ky Chan Hau, through his counsel Jerry Chong, and the United States of America, through its counsel Assistant United States Attorney Michael Beckwith, that the imposition of judgment and sentence in this matter be continued from May 27, 2008 to August 18, 2008, at 9:30 a.m. before the Honorable Frank C. Damrell, Jr.

   A continuance of the imposition of judgment and sentence in this matter is necessary to develop information pertaining to

- 1 -

STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING

Mr. Lieng and Mr. Hau which will be relevant to the Court's sentencing decisions as to each defendant.

IT IS SO STIPULATED.

DATED:     May 23, 2008

                                        By: //s// Clyde M. Blackmon____
                                            Michael Beckwith
                                            Assistant U.S. Attorney

DATED:     May 23, 2008

                                        By: _//s// Clyde M. Blackmon___
                                            Clyde M. Blackmon
                                            Attorney for Defendant
                                            KIENG PHAT LIENG

DATED:     May 23, 2008

                                        By: _//s// Clyde M. Blackmon___
                                            Jerry Chong
                                            Attorney for Defendant
                                            KY CHAN HAU

- 2 -

STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING

**ORDER CONTINUING DATE**
**FOR IMPOSITION OF JUDGMENT AND SENTENCE**

    GOOD CAUSE APPEARING for the reasons set forth in the stipulation between counsel, the date for imposition of judgment and sentence in this matter is continued to August 18, 2008 at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 23, 2008

                      FRANK C. DAMRELL, JR.
                      United States District Court Judge