BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, Ca  95814
Telephone: (916) 441-0824

Attorneys for Defendant
KIENG PHAT LIENG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>KY CHAN HAU, SAM WANG CHAO, aka Saan Wang Sachao, and KIENG PHAT LIENG,<br>             Defendants. | Case No.: 2:06-CR-0356 FCD<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:  August 18, 2008<br>Time:  10:00 A.M.<br>Judge: Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED between the Defendant, Kieng Phat Lieng, through his counsel Clyde M. Blackmon, Ky Chan Hau, through his counsel Jerry Chong, and the United States of America, through its counsel Assistant United States Attorney Michael Beckwith, that the imposition of judgment and sentence in this matter be continued from August 18, 2008, to November 17, 2008, at 10:00 a.m. before the Honorable Frank C. Damrell, Jr.

    Although this matter has been continued for the imposition of judgment and sentence a number of times previously, it is

- 1 -

STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING

1  nevertheless necessary to continue the matter again to develop
2  information pertaining to Mr. Lieng and Mr. Hau which will be
3  relevant to the Court's sentencing decisions as to each
4  defendant.  Therefore, the parties request the Court to continue
5  the imposition of judgment and sentence in this case from August
6  18, 2008, to November 17, 2008.
7  IT IS SO STIPULATED.

DATED:     August 11, 2008

                                        By: //s// Clyde M. Blackmon____
                                            Michael Beckwith
                                            Assistant U.S. Attorney

DATED:     August 11, 2008
                                        By: _//s// Clyde M. Blackmon___
                                            Clyde M. Blackmon
                                            Attorney for Defendant
                                            KIENG PHAT LIENG

DATED:     August 11, 2008
                                        By: _//s// Clyde M. Blackmon___
                                            Jerry Chong
                                            Attorney for Defendant
                                            KY CHAN HAU

- 2 -
STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING

**ORDER CONTINUING DATE**
**FOR IMPOSITION OF JUDGMENT AND SENTENCE**

    GOOD CAUSE APPEARING for the reasons set forth in the stipulation between counsel, the date for imposition of judgment and sentence in this matter is continued to November 17, 2008 at 10:00 a.m.

    IT IS SO ORDERED.

DATED: August 12, 2008

                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE