```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, Ca  95814
Telephone: (916) 441-0824

Attorneys for Defendant
KIENG PHAT LIENG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KY CHAN HAU, and KIENG PHAT LIENG,<br>          Defendants. | Case No.: 2:06-CR-0356 FCD<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:  March 2, 2009<br>Time:  10:00 A.M.<br>Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED between the Defendants, Kieng Phat Lieng, through his counsel Clyde M. Blackmon, Ky Chan Hau, through his counsel Jerry Chong, and the United States of America, through its counsel Assistant United States Attorney Michael Beckwith, that the imposition of judgment and sentence in this matter be continued from March 2, 2009, to March 9, 2009, at 10:00 a.m. before the Honorable Frank C. Damrell, Jr.

Although this matter has been continued for the imposition of judgment and sentence a number of times previously, it is nevertheless necessary to continue the matter again to develop

- 1 -

STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING

information pertaining to Mr. Lieng and Mr. Hau which will be relevant to the Court's sentencing decisions as to each defendant. Therefore, the parties request the Court to continue the imposition of judgment and sentence in this case from March 2, 2009, to March 9, 2009.

IT IS SO STIPULATED.

DATED:    February 27, 2009

                                        By: //s// Clyde M. Blackmon____
                                            Michael Beckwith
                                            Assistant U.S. Attorney

DATED:    February 27, 2009

                                        By: _//s// Clyde M. Blackmon___
                                            Clyde M. Blackmon
                                            Attorney for Defendant
                                            KIENG PHAT LIENG

DATED:    February 27, 2009

                                        By: _//s// Clyde M. Blackmon___
                                            Jerry Chong
                                            Attorney for Defendant
                                            KY CHAN HAU

**IT IS SO ORDERED.**

DATED: February 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE