Law Offices of
JERRY CHONG (SBN 68757)
and ALICE WONG (SBN 160141)
501 S Street, Suite Two
Sacramento, CA 95811
Telephone: (916) 443-7398
Fax: (916) 443-8941

Attorneys for DEFENDANT
KY CHAN HAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR No. 2:06-MJ-0232-KJM and ) 2:06CR00356-001 ) ) ) |
| Plaintiff, | ) STIPULATION AND ORDER ) EXONERATING PROPERTY BOND |
| vs. | ) ON DEPOSIT WITH THE COURT ) FOR PROPERTY LOCATED AT |
| KY CHAN HAU | ) 3445 N. Ellendale, Fresno, California 93722 ) ) |
| Defendant. | ) ) ) ) |

Defendant Ky Chan Hau surrendered to the custody of the United States Bureau of

Prisons on July 13, 2009 at Taft Correctional Institute in Taft, California.

The parties hereby stipulate, through their respective counsel, that the property bond,

secured by 3445 N. Ellendale, Fresno, California 93722, may be exonerated at this time.

The parties request that the court approve the attached order requiring the Clerk of the

Court to execute the Reconveyance releasing the short form deed of trust and assignment of

rents in favor of the Clerk of the Eastern District of California, United States District Court for

the real property located at 3445 N. Ellendale, Fresno, California 93722, executed by

G:\DOCS\KJM\Kim\Priority\06cr356.priority.o.1020.doc

ANDREW C. HAU, trustor.   The short form deed of trust and assignment of rents, attached as

Exhibit A, was recorded in Fresno County on August 31, 2006, Instrument No. 2006-0184157.

DATED: October 14, 2009              _____Michael Beckwith /s/_____
                                      MICHAEL BECKWITH
                                      Assistant United States Attorney


DATED: October 14, 2009              _____Jerry L. Chong /s/_____
                                      JERRY L. CHONG
                                      Attorney for Defendant Ky Chan Hau


### ORDER

Based upon the above stipulation of the parties, good cause appearing,

**IT IS HEREBY ORDERED** that the above described property be exonerated as surety

for bail in the instant action.

**IT IS FURTHER ORDERED** that defense counsel Jerry L. Chong prepare a

Reconveyance of the Deed of Trust form for the property to be exonerated.  Upon receipt of

the instant order and the Reconveyance of the Deed of Trust for the property, the Clerk of the

Eastern District of California, United States District Court, as Trustee under the deed of trust

shall reconvey the described property to ANDREW C. HAU who originally pledged said

property as bail.  The Clerk of the Court shall then send the Reconveyance of Deed of Trust

with each Original Deed of Trust on the property; 3445 N. Ellendale, Fresno, California 93722

to Jerry L. Chong, Esq., 501 S Street, Suite Two, Sacramento, CA  95811, for recording of the

Reconveyance in the appropriate county.

DATED:  October 20, 2009.

_____
U.S. MAGISTRATE JUDGE

G:\DOCS\KJM\Kim\Priority\06cr356.priority.o.1020.doc